UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

| | |
|---|---|
| JOSEPH SCHWARTZ, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>    vs.<br><br>FIRST POTOMAC REALTY TRUST, et al.,<br><br>                    Defendants. | No. 1:17-cv-02214-CCB<br><br>CLASS ACTION |
| MATTHEW SCIABACUCCHI, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>    vs.<br><br>FIRST POTOMAC REALTY TRUST, et al.,<br><br>                    Defendants. | No. 1:17-cv-02245-CCB<br><br>CLASS ACTION |
| JOHN GEML, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>    vs.<br><br>FIRST POTOMAC REALTY TRUST, et al.,<br><br>                    Defendants. | No. 1:17-cv-02263-CCB<br><br>CLASS ACTION |

[Caption continued on following page.]

1320893_2

| | |
|---|---|
| CYNTHIA WOOLDRIDGE, Individually and on Behalf of All Others Similarly Situated,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>FIRST POTOMAC REALTY TRUST, et al.,  )<br>)<br>Defendants.  )<br>)<br>)<br>) | No. 1:17-cv-02845-RDB<br><br><u>CLASS ACTION</u> |

# DECLARATION OF WILLIAM N. SINCLAIR IN SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL

I, William N. Sinclair, declare as follows:

1. I am an attorney licensed to practice in Maryland and am a partner of Silverman Thompson Slutkin White, local counsel for proposed lead plaintiff Cynthia Wooldridge in the above-captioned actions. I make this declaration in support of Ms. Wooldridge's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel.

2. Attached are true and correct copies of the following exhibits:

Exhibit A:   August 24, 2017 notice of pendency of class action published on *Globe Newswire*;

Exhibit B:   Ms. Wooldridge's Certification; and

Exhibit C:   Robbins Geller Rudman & Dowd LLP firm résumé.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  October 23, 2017

s/ William N. Sinclair<br>
WILLIAM N. SINCLAIR

- 1 -